**From:** Anne Ziegler
**Sent:** Wednesday, May 17, 2023 3:52 PM
**To:** Cyndi Buckley
**Subject:** Re: ESA ANIMAL

There is nothing attached. Anne

On Wed, May 17, 2023 at 2:48 PM Cyndi Buckley <■■■■■■■.com> wrote:

> Please find the attached letter from my doctor.
>
> Please confirm receipt.
>
> Thank you,
>
> Have a great day.
>
> Cynthia Buckley
>
> ■■■■■■■.com
>
> San Remo
>
> 5201 W Club Circle #103
>
> Boca Raton, FL 33487
>
> Sent from Mail for Windows

**EXHIBIT 1**

I am going to wait to send for approval until all the needed items are here so please send what you have Wed. Some get certificates for the ESA animal . If not, the vet records and picture along with this letter is what is needed. Thanks Anne

On Mon, May 22, 2023 at 7:08 AM Cyndi Buckley <███████com> wrote:

What certificate?  One from the vet for tags and license?  I should have that stuff by Wed.

~Cynthia

Sent from Mail for Windows

**From:** Anne Ziegler
**Sent:** Monday, May 22, 2023 1:04 AM
**To:** Cyndi Buckley
**Subject:** Re: ESA ANIMAL

I also need the pets records (vaccinations) , a picture of them, and the certificate. Thanks Anne

---------- Forwarded message ---------
**From: Cyndi Buckley** <███████com>
Date: Wed, May 17, 2023 at 2:56 PM
Subject: RE: ESA ANIMAL
To: Anne Ziegler <anne@tmc-management.com>

Sorry Anne!  I got it this time!  Thank you

Sent from Mail for Windows