

5/17/2023

To Whom It May Concern:

I am a psychiatric nurse practitioner who recently evaluated Cynthia Buckley's 04/08/1971 mental health condition. I have a professional relationship with Cynthia involving the provision of health care, and the information set forth in this letter is based upon personal and professional knowledge used to diagnose, advise, treat and/or provide mental health care.

This patient has been evaluated for the requirements for an ESA under the Fair Housing Act and the Rehabilitation Act of 1973. This patient meets criteria for a mental health disorder, which is recognized in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5) Handbook, and the disorder substantially limits several major life activities or major bodily functions which could include the ability to focus, concentrate, regulate one's mood, appropriately sleep, maintain an appropriate appetite, feel positive emotions about oneself, engage in activities once enjoyed, perform well at work, engage in activities of daily living, and/or engage in social interactions with others.

To help with my patient's specific limitations, I am recommending an emotional support animal, a dog named Winnie. This emotional support animal is necessary to provide therapeutic emotional support that alleviates symptoms of the patient's impairment and to enhance the patient's ability to function and live independently and fully use and enjoy the dwelling unit you own and/or administer.

This patient's emotional support animal helps Cynthia to feel calm and grounded when experiencing symptoms related to emotional distress, discomfort, nervousness, and anxiety. This patient reports that the presence of the animal provides companionship and improves motivation to engage in daily routines, which include caring for the animal.

Please allow my patient to live with their ESA as a reasonable accommodation under The Fair Housing Amendments Act of 1988.

Please note that pursuant to guidance issued by the U.S. Department of Housing and for privacy reasons, details about the diagnosis or severity of the patient's symptoms and medical records may not be disclosed. Cynthia understands that she has the sole responsibility for the ESA and the animal and owner must comply with applicable law.

If you have any questions or need additional information, please contact my office. Thank you for accommodating this patient's needs.

Kind regards,

Dorit Morecraft, MSN, APRN, PMHNP-BC,
FL LIC # APRN9492734

Success TMS
1325 S. Congress Ave. Ste 200, Boynton Beach, FL 33426
P: 561-332-3285
F: 561-894-8632