**Anne Ziegler Tailored Management Concepts Services**

On Mon, May 22, 2023 at 8:47 AM Anne Ziegler <anne@tmc-management.com> wrote:

I am going to wait to send for approval until all the needed items are here so please send what you have Wed. Some get certificates for the ESA animal . If not, the vet records and picture along with this letter is what is needed. Thanks Anne

**EXHIBIT 3**