## WINNIE'S MEDICAL HISTORY

| Tattoo/Animal ID | Color | Sex | Breed | Years / Months | Weight | |
|---|---|---|---|---|---|---|
| A668120 | DOG   TAN | F | golden retr | | 5.80LBS | 05/23/23 |

### 5/23/2023

V-HEARTGARD PLUS

V_K9 BOOSTER-OP

V EXAM

IF YOU OR YOUR VETERINARIAN HAVE ANY QUESTIONS ABOUT THE MEDICAL TREATMENT YOUR ANIMAL HAS RECEIVED PLEASE CALL US AT (954) 266-6849.

C:\Program Files\Chameleon Software\Chameleon\crystal\medHist.rpt