# RE: San Remo Golf & Tennis Club Condominium Association, Inc. / Cynthia Buckley – Unit 103



**Cyndi Buckley** <edwriter10@gmail.com>
6/8/2023 9:46 AM

To: Joshua Cole; astivelman@eisingerlaw.com; anne@tmc-management.com



C Buckley ESA.pdf
649.5 KB

To whom it may concern,

We have been visiting Ohio since May 27th. I will not be back until the end of June.
I have complied with all the standard regulations for an ESA. I meet the qualifications for accommodation according to my long-time (since 2021) mental health provider. The dog has been registered in my name as an ESA animal with US Service Dogs.

I formally ask you to rethink your letter and acknowledge my right to an ESA in my home, as the law is clearly in my favor. I have attached the original letter from my personal licensed provider for your convenience. This should be all that you need; however, please let me know if there is any additional information that you need. This is specifically important since no one has reached out to me personally with any questions prior to denying my ESA information. The information in the letter and my need for an ESA has protected information and should not be discussed with anyone else as specified in Hippa regulations.

Additionally, I have registered a complaint with HUD, and I look forward to your acknowledgment.

Sincerely,
Cynthia Buckley