**Cyndi Buckley** <edwriter10@gmail.com>
6/12/2023 11:57 AM



To: anne@tmc-management.com; astivelman@eisingerlaw.com

Atten: ALESSANDRA STIVELMAN, ESQ.

To Whom it May Concern,
Thank you for taking the time to review my request and write your response. I am writing this letter to address your delay/denial and persist in requesting reasonable accommodation for my disability.
My provider is not an online ESA letter provider, and I did not pay for my letter. I paid for mental health services and met the criteria for a disability. My mental health provider has knowledge of my past trauma and has prescribed an ESA to help me. I used my long-time provider, who has treated me for several years.  She is a qualified licensed professional, and this should not be confused with companies that just sell a letter. I did not buy anything, I paid for my counseling session, as I would pay for any service with a doctor, dentist or any professional. Buying a prescription is not how I got my letter. My provider did a full evaluation to determine my needs and if my animal could help with my diagnosed disability.
I provided you an ESA letter from a licensed professional.  I have added information below regarding her licensure and validation.  As stated by the FHEO2020-01…. " One reliable form of documentation is a note from a person's health care professional that confirms a person's disability and/or need for an animal when the provider has personal knowledge of the individual". FHEO 2020-01 page 11
https://www.hud.gov/sites/dfiles/PA/documents/HUDAsstAnimalNC1-28-2020.pd

More Provider Information
Dorit Morecraft, MSN, APRN, PMHNP-BC
FL Lic# APRN9492734
Success TMS
1325 S. Congress Ave Ste 200, Boynton Beach, FL 33426
561-332-3285
License information can be found at this site: https://mqa-internet.doh.state.fl.us/MQASearchServices/HealthCareProviders

I will remind you that I have contacted HUD and put in a complaint regarding this matter.
Last but not least, I expect you to contact me ASAP and rescind the previous denial letter.  If you have any questions and need any more information, please contact me directly and refrain from speaking to my neighbors about my health needs.  Once again, this is protected information regarding health care.
I will be returning to my property with my ESA dog around June 20th and I expect to have this matter resolved this week.

As of today 6/12/32 I have not received a direct response.

~Cynthia Buckley