**From:** marcy@floridaanimallawyer.com <marcy@floridaanimallawyer.com>
**Sent:** Tuesday, July 18, 2023 11:12 AM
**To:** 'Alessandra Stivelman' <astivelman@eisingerlaw.com>
**Cc:** 'Joshua Cole' <jcole@eisingerlaw.com>
**Subject:** RE: San Remo Golf & Tennis Club Condominium Association Inc.

Alessandra-may I please have a status update on this matter?

**From:** Alessandra Stivelman <astivelman@eisingerlaw.com>
**Sent:** Tuesday, June 27, 2023 10:29 AM
**To:** marcy@floridaanimallawyer.com
**Cc:** Joshua Cole <jcole@eisingerlaw.com>
**Subject:** RE: San Remo Golf & Tennis Club Condominium Association Inc.

Hi Marcy,

I hope you are well! I am just getting back to the office from "traveling" with the family and dropping my oldest at sleep away camp  (I can't even call it vacation anymore, because it was not easy!).

I am in receipt of your correspondence and am trying to coordinate a call with my client. Given schedules and summer traveling, would you mind giving me 2 weeks for a formal response? Please let me now.

Best,

**Alessandra Stivelman, Esq.**
Partner/Shareholder
Eisinger Law
astivelman@eisingerlaw.com
eisingerlaw.com